| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:03cr20-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 04-10284 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Kristopher Wilfert<br>308 Burroughs Road<br>Boxborough, MA 01719 | DISTRICT OF VERMONT | |
| | NAME OF SENTENCING JUDGE<br>Honorable J. Garvan Murtha | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>August 16, 2004 — TO August 15, 2007 |

**OFFENSE**

Possession of Marijuana with Intent to Distribute

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF VERMONT"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the D/MA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_8/20/04_
Date

_J. Garvan Murtha_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE D/MA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_Sept. 14, 2004_
Effective Date

_William G. Young_
United States District Judge