UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CASE NO. 04-CR-10284 – NG |
| KRISTOFER WILFERT | § | |

**ORDER**

~~UNOPPOSED MOTION~~ **FOR EARLY TERMINATION OF PROBATION**

BE IT REMEMBERED that on this date came on to be heard Defendant's Unopposed Motion for Early Termination of Probation, and the Court having considered same is of the opinion that the motion should be GRANTED. It is therefore

ORDERED that Defendant's term of supervised release is terminated on 1/31/06.

SIGNED and ENTERED this 31 day of January, 2006.

_____
UNITED STATES DISTRICT JUDGE